**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DONALD DENNIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 14-0252-CG-M** |
| | ) | |
| **WILLIE THOMAS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be and is hereby **DISMISSED** as time-barred. It is further **ORDERED** that any certificate of appealability filed by Petition be **DENIED** as he is not entitled to appeal <u>in</u> <u>forma</u> <u>pauperis</u>.

**DONE and ORDERED** this 3rd day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE